# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2341
L.T. Case No. 2023-SC-027041

_____

ERMA VIOLA LADSON,

    Appellant,

    v.

IVAN HOROKHLIUK,

    Appellee.

_____

On appeal from the County Court for Duval County.
Audrey Moran, Judge.

Erma Viola Ladson, Jacksonville, pro se.

No Appearance for Appellee.

February 18, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____